1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   SAMUEL WONG
3  GREGORY BRODERICK
   KEVIN C. KHASIGIAN
4  Assistant U. S. Attorneys
   501 I Street, Suite 10-100
5  Sacramento, CA  95814
   Telephone: (916) 554-2700



FILED

MAR 30 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN MADRIGAL OLIVERA,<br>　aka Juan Olivera Madrigal,<br><br>　　　　Defendant. | 2:11-CR-00449-KJM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the entry of plea of Juan Madrigal Olivera, aka Juan Olivera Madrigal, and the stipulation and application for preliminary order of forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Juan Madrigal Olivera's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　a.　Approximately $2,195.00 in U.S. Currency, and
　　b.　A 2002 Chevrolet Silverado 1500 Truck, License Number 6Z96575, VIN: 2GCEC19V121405731.

2. The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. §§ 841(a)(1) and 846, or was used or intended to be used, in any manner or part, to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1) and 846.

3.   Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.   a.   Pursuant to 21 U.S.C. Section 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 30th day of March, 2016.

KIMBERLY J. MUELLER
United States District Judge