

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MADRIGAL OLIVERA,<br><br>Defendant. | No. 2:11-CR-00449-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |
|---|---|

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JUAN MADRIGAL OLIVERA; Case No. 2:11-CR-00449-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

__X__ (Other): Time Served

Issued at Sacramento, California on 3/30/16, at 10:45 a.m

Kimberly J. Mueller
United States District Judge